[No. 57218-1-I. Division One. July 24, 2006.]

JACK LILLYWHITE, *Respondent*, v. MORRIS PIHA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-11264-6, Julie Spector, J., entered October 11, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 32913-1-II. Division Two. July 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LEONARD FOSIE, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-1-11141-1, Craddock D. Verser, J., entered February 15, 2005. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, J.; Quinn-Brintnall, C.J., dissenting.

[No. 23632-3-III. Division Three. July 25, 2006.]

CHRISTOS G. PANAS, JR., *Appellant*, v. GERALD W. CULLEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-01971-5, Michael P. Price, J., entered November 17, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 23744-3-III. Division Three. July 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE JAMES FELLMAN-SHIMMIN, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 04-1-00186-7, Allen Nielson, J., entered January 4, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.